UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLAS ROMAN,

                    Plaintiff,

            - against -

REMARKABLE FOOD HOSPITALITY INC.

                    Defendant.

---

25-cv-87 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the plaintiff's notice of voluntary dismissal with prejudice, which was made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). See ECF No. 16. Nonetheless, when a plaintiff files a notice of voluntary dismissal with prejudice under Rule 41(a)(1)(A)(ii) in a Fair Labor Standards Act case like this one, a district court should inquire as to the existence of any FLSA settlement. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). If any FLSA settlement has been reached, the district court should "engage in a Cheeks fairness review." Samake v. Thunder Lube, Inc., 24 F.4th 804, 811 (2d Cir. 2022). "[I]n the absence of a settlement, the notice of dismissal should be so-ordered." Id.

The plaintiff's notice of voluntary dismissal does not indicate whether a settlement has been reached. Accordingly, by **April 3, 2026,** the parties should advise the Court by letter whether they have reached a settlement in this action. If they have, the parties should attach the settlement agreement and explain why they believe the settlement is fair. The Court will

reserve a decision on whether to so-order the voluntary dismissal until it receives the parties' submission.

**SO ORDERED.**

Dated:    New York, New York
         March 19, 2026

John G. Koeltl
United States District Judge

2