UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLAS ROMAN,

                     Plaintiff,

        - against -

REMARKABLE FOODS HOSPITALITY LLC,

                    Defendant.

25-cv-87 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with the parties' proposed settlement on **Tuesday, April 28, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:     New York, New York
            April 20, 2026

                           John G. Koeltl
                  United States District Judge