**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

kwinnick@seyfarth.com

T (212) 218-5510

www.seyfarth.com

April 23, 2026

**<u>VIA ECF</u>**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
Court Room 14A
New York, NY 10007

Re:   *Roman et al. v. Remarkable Foods Hospitality LLC, No. 1:25-cv-00087-JGK*

Dear Judge Koeltl:

This office represents Defendant Remarkable Foods Hospitality ("Defendant" or "Wonder"). We respectfully request an adjournment of the telephone conference currently scheduled for April 28, 2026, at 3:00 p.m. Counsel for Wonder has a previously scheduled, full-day mediation on April 28. Counsel for Plaintiff consents to this request.

The parties are available at the Court's convenience on April 29, 2026, and May 5 and 6, 2026. The parties can also provide additional dates if necessary.

We appreciate the Court's time and attention to this matter.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Kyle D. Winnick*


Kyle D. Winnick

Cc: All Counsel of Record (via ECF)