UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NICOLAS ROMAN,                                    25-cv-87 (JGK)

                    Plaintiff,
                                                  ORDER
          - against -

REMARKABLE FOODS HOSPITALITY LLC,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     The telephone conference scheduled for Tuesday, April 28,

2026, at 3:00 p.m. is **adjourned** until **Wednesday, May 6, 2026, at**

**3:00 p.m.**

     Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          April 23, 2026
                                    _____
                                         John G. Koeltl
                                    United States District Judge